UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Blue Angel Realty, Inc.,

    Plaintiff,

—v—

Ben Carson, Secretary of Housing and Urban Development, et al.,

    Defendants.

19-cv-3293 (AJN)

ORDER

NOV 2 0 2019

ALISON J. NATHAN, District Judge:

On October 11, 2019, Plaintiff filed a motion to extend time to complete service *nunc pro tunc*. See Dkt. No. 16. On October 16, 2019, the Government, on behalf of Defendants, responded and represented that it could not take a position as to whether individuals allegedly named in their individual capacities were properly served because it did not yet have authority to represent those individuals in their individual capacities. Dkt. No. 17. On October 29, 2019, the Government advised the Court that the Department of Justice determined that individual capacity authority was not necessary. Dkt. No. 18.

As of the date of this Order, Plaintiff has not submitted a reply in further support of its motion. Any such reply shall be filed by November 25, 2019. If the Court is not in receipt of a reply by that time, it will deem the motion fully briefed.

SO ORDERED.

Dated: November ___, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge